**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ALEX N.,

Petitioner,

v.

TODD BLANCHE, *Attorney General*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security;* DAVID VENTURELLA, *Director, Immigration and Customs Enforcement*; DAVID EASTWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and JOEL BROTT, *Sheriff, Sherburne County*,

Respondents.

Case No. 26-cv-3088 (LMP/DTS)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 12, of United States Magistrate Judge David T. Schultz, which recommends granting Petitioner Alex N.'s Petition for a Writ of Habeas Corpus, ECF No. 1, and ordering Respondents (the "Government") to release Alex N. The Government has informed the Court that it has no objection to the R&R, ECF No. 13, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 12) is **ADOPTED**;

2. Alex N.'s petition (ECF No. 1) is **GRANTED**;

3. The Government is **ORDERED** to release Alex N. from custody and with all personal property by no later than 5 p.m. on August 21, 2026;

4. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 5 p.m. on August 24, 2026; and

5. If the Government seeks to retain Alex N.'s property, the Government's status report must include: (a) the property retained; and (b) the legal basis on which the property is retained.

Dated: August 19, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge